**Howard B. Quinn, Plaintiff-Appellant, v. Charles E. Larson and Federal Savings and Loan Insurance Corporation, a Corporation, Defendants-Appellees.**

**Gen. No. 68–30.**

Second District.

December 10, 1968.

Samuel E. Hirsch, of Chicago, for appellant; McCarthy, Scheurich, Duffy and McCarthy, of Chicago, for appellees. Opinion by PRESIDING JUSTICE ABRAHAMSON. Not to be published in full.